# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 4, 2016

## NO. 03-16-00143-CV

**A. R. and C. W., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on March 17, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.